# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
CLARENDON NATIONAL INSURANCE
COMPANY,

                Plaintiff,

        v.

HEALTH PLAN ADMINISTRATORS, INC.,
INSURERS ADMINISTRATIVE CORPORATION and
J. KIM WALKER a/k/a KIM K. WALKER a/k/a J K
WALKER a/k/a JEANNE K. WALKER a/k/a JOANNE
K. WALKER a/k/a JEANNE KIM WALKER a/k/a J K
ALKER a/k/a KIM WALKER a/k/a J KIM WALLKER
a/k/a JOHN KIMBALL WALKER a/k/a JEANNE A
WALKER a/k/a JAN KIM WALKER a/k/a JOHN J
WALLER a/k/a KIM WALKER UNICORE a/k/a JOHN
KIM WALKER a/k/a JOHN K. WALKER a/k/a J
WALKER a/k/a KIM J WALKER a/k/a JAN K
WALKER,

                Defendants.
---------------------------------------------------------------X

Case No.:  08 cv 6279

Judge: George B. Daniels, USDJ

Magistrate: Ronald L. Ellis, USMJ

## **RULE 7.1 STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for <u>CLARENDON NATIONAL INSURANCE COMPANY</u> (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

**HANNOVER RÜCKVERSICHERUNGS-AG**, PARENT

- 2 -

Date: July 10, 2008
 New York, New York

                                                Respectfully submitted,

                                                WASSER & RUSS, LLP


                                                /S/_____
                                                Adam H. Russ, Esq. (SDNY# AR 2590)
                                                80 Maiden Lane, Suite 1502
                                                New York, New York 10038
                                                Tel:   (212) 430-6040
                                                Fax:  (212) 430-6041