## WAIVER OF SERVICE OF SUMMONS

To:  Adam H. Russ, Esq.
     Wasser & Russ, LLP
     80 Maiden Lane, Suite 1502
     New York, NY 10038

I acknowledge receipt of your request that I waive service of a summons in the action of Clarendon National Insurance Company v. Health Plan Administrators, Inc., et al., which is case number 08 cv 6279(GBD)(RLE) in the United States District Court for the Southern District of New York. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

Health Plan Administrators, Inc. agrees to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that Health Plan Administrators, Inc. be served with judicial process in the manner provided by Rule 4.

Health Plan Administrators, Inc. will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against Health Plan Administrators, Inc. if an answer or motion under Rule 12 is not served upon you within sixty (60) days after (date request sent), or within ninety (90) days after that date if the request was sent outside the United States.

_____7/14/08_____                                   _____[signature]_____
        Date                                                  Signature

                              Name:    Gerald Gaffaney
                              Title:   Legal Counsel for
                                       Health Plan Administrators, Inc.