## WAIVER OF SERVICE OF SUMMONS

To:   Adam H. Russ, Esq.
      Wasser & Russ, LLP
      80 Maiden Lane, Suite 1502
      New York, NY 10038

I acknowledge receipt of your request that I waive service of a summons in the action of *Clarendon National Insurance Company v. Health Plan Administrators, Inc., et al.*, which is case number 08 cv 6279(GBD)(RLE) in the United States District Court for the Southern District of New York. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I be served with judicial process in the manner provided by Rule 4.

I will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me if an answer or motion under Rule 12 is not served upon you within sixty (60) days after July 22, 2008, or within ninety (90) days after that date if the request was sent outside the United States.

7\23\08
Date

Signature

Name: John Kimball Walker a/k/a J. Kim Walker

Title: _____