AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN  DISTRICT OF  NEW YORK

## APPEARANCE

Case Number: 08-CV-6279

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendants Health Plan Administrators and J. Kim Walker

I certify that I am admitted to practice in this court.

| 9/5/2008 | _[signature]_ | |
|---|---|---|
| Date | Signature | |
| | David S. Sheiffer | DSS-4198 |
| | Print Name | Bar Number |
| | 150 East 42nd Street c/o Wilson Elser | |
| | Address | |
| | New York | NY | 10017-5639 |
| | City | State | Zip Code |
| | (212) 490-3000 | (212) 490-3038 |
| | Phone Number | Fax Number |

AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

**APPEARANCE**

Case Number: 08-CV-6279

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendants Health Plan Administrators and J. Kim Walker

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 9/5/2008 | *Joseph L. Francoeur/99* |
| Date | Signature |
| | Joseph Francoeur     JF8874 |
| | Print Name     Bar Number |
| | 150 East 42nd Street c/o Wilson Elser |
| | Address |
| | New York    NY    10017-5639 |
| | City    State    Zip Code |
| | (212) 490-3000    (212) 490-3038 |
| | Phone Number    Fax Number |